IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHIPPER SERVICE COMPANY, INC. d/b/a COOSEMANS DETROIT : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> FRESH LOUIE'S PRODUCE CO., LLC, et al. : <br> : <br> Defendants : | Civil Action No: 2:10-cv-10528 |

## FINAL ORDER AND JUDGMENT

Pursuant to the terms of the Stipulation and Order, this Court is to enter this Final Order and Judgment upon the filing of a declaration by Plaintiff's attorney that states that payment has not been made by Defendants Fresh Louie's Produce Co., LLC and Louis Alex as required by the Stipulation and Order previously entered in this matter and that Defendants have failed to cure the default in payment. Upon consideration of the declaration filed by Plaintiff's attorney that Defendants Fresh Louie's Produce Co., LLC and Louis Alex have failed to make payment in accord with the Stipulation and Order filed in this action, it is by the Court, this 7th day of January, 2011,

**ORDERED, ADJUDGED, AND DECREED**, that, Shipper Service Company, Inc. d/b/a Coosemans Detroit is a valid trust beneficiary of Defendants Fresh Louie's Produce Co., LLC and Louis Alex, jointly and severally, for a debt in the amount of $32,565.06 plus interest in the amount of $3,293.82 and attorneys' fees in the amount of $9,847.78 under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c) for a total judgment amount of $45,706.65; and it is further,

**ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Shipper Service Company, Inc. d/b/a Coosemans Detroit, and against Fresh Louie's Produce Co., LLC

and Louis Alex, jointly and severally, in the principal amount of $32,565.05 plus interest in the amount of $3,293.82 attorneys' fees in the amount of $9,847.78 for a total judgment amount of $45,706.65 under the trust provisions of the PACA, 7 U.S.C. § 499e(c).

                                    s/Patrick J. Duggan
                                    Patrick J. Duggan
                                    United States District Judge

Dated:  January 7, 2011January 7, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on January 7, 2011January 7, 2011, by electronic and/or ordinary mail.

                                    s/Marilyn Orem
                                    Case Manager