IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SHIPPER SERVICE COMPANY, INC. d/b/a COOSEMANS DETROIT | : : : | |
| Plaintiff | : : | |
| v. | : : | Civil Action No: 2:10-cv-10528 |
| FRESH LOUIE'S PRODUCE CO., LLC, et al. | : : | |
| Defendants | : | |

## ORDER REGARDING ALTERNATE SERVICE

THE COURT FINDS:

Service of process upon Defendant, Louis Alex, cannot be reasonably be made and service of process may be made in a manner which is reasonably calculated to give the Defendant actual notice of the proceedings and an opportunity to be heard.

IT IS ORDERED:

That service of the Notice of Judgment Liens and a copy of this Order shall be made by the following methods:

  a. First-class mail to 446 Ashley Drive, Grand Blanc, MI 48439.

  b. Tacking or firmly affixing to the door at 446 Ashley Drive, Grand Blanc, MI 48439.

  c. Delivering at 446 Ashley Drive, Grand Blanc, MI 48439 to a member of Defendant's household who is suitable age and discretion to receiver process, with instructions to deliver it promptly to Defendant.

1

For each method used, proof of service must be filed promptly with the Court.

SO ORDERED.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: June 8, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, June 08, 2011, by electronic and or ordinary mail.

       s/Marilyn Orem
       Case Manager